## ABBOTT v. TOWN OF HIGHLANDS

No. 201 PC.

Case below: 52 N.C. App. 69.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 August 1981. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 31 August 1981.

## AMERICA CLIPPER CORP. v. HOWERTON

No. 189 PC.

No. 119 (Fall Term).

Case below: 51 N.C. App. 539.

Petition by Finance America for discretionary review under G.S. 7A-31 allowed 31 August 1981.

## CAROLINA-ATLANTIC DISTRIBUTORS v. TEACHEY'S INSULATION

No. 182 PC.

Case below: 51 N.C. App. 705.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 31 August 1981.

## DILLS v. SUMNER

No. 283 PC.

Case below: 52 N.C. App. 585.

Petition by defendants Clyde M. and Martha I. Sumner for discretionary review under G.S. 7A-31 denied 31 August 1981.

## GORE v. HILL

No. 266 PC.

Case below: 52 N.C. App. 620.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 August 1981.